IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL SHAHWAN ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:23-cv-02603 |
| ) | |
| MENARD, INC d/b/a MENARDS ) | |
|     Defendant ) | |

**<u>UNOPPOSED MOTION TO ENTER TRIAL LAWYER'S APPEARANCE</u>**

NOW COMES, MICHAEL SHAHWAN, by and through his attorney, Steven Tschiggfrie, and hereby moves this Honorable Court as follows:

    1.    That MICHAEL SHAHWAN has retained Steven Tschiggfrie to be his trial lawyer in this matter.

    2.    That Steven Tschiggfrie wishes to enter his trial lawyer's appearance in this matter instanter.

    3.    For the avoidance of all doubt, Todd A Eiler and Marc D Alberts will stay on as attorneys of record for Plaintiff.

WHEREFORE, Plaintiff prays that this Honorable Court grant Plaintiff's Unopposed Motion to Enter Trial Lawyer's Appearance and allow Steven Tschiggfrie to enter his trial lawyer's appearance in this matter instanter or for any other relief that this Court deems fair and reasonable.

Respectfully submitted,

/s/ Steven Tschiggfrie

Steven Tschiggfrie
Tschiggfrie Legal
73 W Monroe, 5th Floor
Chicago, IL 60603
Ph: 312-300-2444
steve@chiglegal.com
ARDC: 6308189