UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL SHAHWAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:23-cv-02603 |
| | ) |
| MENARD, INC., | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

NOW COMES, Plaintiff, MICHAEL SHAHWAN, by and through his attorney, Steven Tschiggfrie, and hereby moves this Court as follows:

1. That expert discovery is to be completed by 10/09/2024.

2. That Defendant has disclosed one expert, Dr. Treister.

3. That Defendant has provided some dates in which Dr. Treister is free for his deposition.

4. That the parties expect Dr. Treister's deposition to be taken on October 30, 2024.

5. That Plaintiff moves this Honorable Court for an extension of time until October 31, 2024 to complete the deposition of Dr. Treister.

WHEREFORE, Plaintiff prays that this Honorable Court grant an extension of time for Expert Discovery until 10/31/2024, or for any other relief that it deems fair or reasonable.

Respectfully submitted,

/s/ Steven Tschiggfrie

Steven Tschiggfrie
Tschiggfrie Legal
73 W Monroe, 5th Floor
Chicago, IL 60603
Ph: 312-300-2444
steve@chiglegal.com
ARDC: 6308189